UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __5__

Grant
-v-
De Montebello, et al

U.S.C.A. # _____
U.S.D.C. # __08-cv-5774__
JUDGE: __LAP__
DATE: __JULY 25, 2008__

*U.S. DISTRICT COURT FILED JUL 25 2008 S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ----------

**DOCUMENT DESCRIPTION**                          **DOC. #**

__CLERK'S CERTIFICATE__

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__

( √ ) Original Record                    ( ___ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 25TH Day of July, 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------         U.S.C.A. # _____

Grant

-v-                                        U.S.D.C. # 08-cv-5774

De Montebello                              JUDGE:      LAP

--------------------------------------------------         DATE:       JULY 25, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered  1  Through  4 , inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                          Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 25TH Day of July In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

APPEAL, CLOSED, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-05774-LAP
#### Internal Use Only

Grant v. De Montebello et al
Assigned to: Judge Loretta A. Preska
Cause: 42:1983 Civil Rights Act

Date Filed: 06/26/2008
Date Terminated: 06/26/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2008 | 1 | COMPLAINT against Phillipe De Montebello, Board of Trustees, Alfred N. Prunnett Endowment Fund. Document filed by Richard G. Grant.(mbe) (Entered: 07/01/2008) |
| 06/26/2008 | | SUMMONS ISSUED as to Phillipe De Montebello, Board of Trustees, Alfred N. Prunnett Endowment Fund. (mbe) (Entered: 07/01/2008) |
| 06/26/2008 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (mbe) (Entered: 07/01/2008) |
| 06/26/2008 | 2 | ORDER OF DISMISSAL, Plaintiff paid the filing fee for this matter. For the reasons set forth below, the complaint is dismissed. The complaint is therefore dismissed for failure to state a claim over which the Court has subject matter jurisdiction. The Court declines to supplemental jurisdiction over any state law claims. The court certifies under 28 U.S.C. 1915(a) that any appeal from this order would not be taken in good faith. (Signed by Judge Loretta A. Preska on 6/26/2008) (mbe) (Entered: 07/01/2008) |
| 06/26/2008 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Loretta A. Preska on 6/26/2008) (mbe) (Entered: 07/01/2008) |
| 07/14/2008 | 4 | NOTICE OF APPEAL from 2 Order of Dismissal, 3 Judgment - Sua Sponte (Complaint). Document filed by Richard G. Grant. (tp) (Entered: 07/24/2008) |
| 07/14/2008 | | Appeal Remark as to 4 Notice of Appeal filed by Richard G. Grant. $455.00 APPEAL FEE DUE. IFP REVOKED 6/26/08. (tp) (Entered: 07/24/2008) |
| 07/24/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 07/24/2008) |
| 07/24/2008 | | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (tp) (Entered: 07/24/2008) |